# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OSTERHAUS PHARMACY INC., | Case No. C23-1500RSM |
| Plaintiff, | ORDER |
| v. | |
| CVS HEALTH CORPORATION, et al., | |
| Defendants. | |

The Court, having reviewed the stipulation of the parties dated December 11, 2023 (Dkt #23), hereby ORDERS that the deadline for Defendants to file a responsive pleading shall remain December 22, 2023. Plaintiff shall have until February 5, 2024, to respond to any motion filed on December 22, 2023, and Defendants shall have until February 26, 2024, to reply in support of any motion filed on December 22, 2023.

The deadline for Rule 26(a)(1) disclosures is stricken; the parties shall propose a new deadline after the motions described above have been resolved.

DATED this 14th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1