# EXHIBIT 2



## IMPORTANT NOTICE TO PHARMACY PROVIDERS

Effective October 1, 2000, Rite Aid Corporation's sale of PCS Health Systems, Inc. (PCS) to Advance Paradigm, Inc. (API) was completed. We are very excited to present our new combined organization, AdvancePCS.

Prior to this acquisition, your pharmacy may have had a contract with PCS and/or API. As one company, the PCS Provider Agreement will apply with respect to all AdvancePCS business with your pharmacy and will be referenced as the "AdvancePCS Provider Agreement". All network participation agreements which have been executed either by PCS or API will continue to be honored under the AdvancePCS Provider Agreement at the rates and terms to which you agreed.

During the integration process, your pharmacy should continue to submit and process claims according to the following table:

### AdvancePCS Processing Centers

| Card Graphic / Previous Claim Processor | Processing Center as of 10/2000 | BIN # |
|---|---|---|
| API (Advance Paradigm) | AdvancePCS - Texas Facility | 004336 |
| PCS | AdvancePCS - Arizona Facility | 610415 |

You will be notified of which BIN to submit claims to for new AdvancePCS plan sponsors.

In addition, during the integration process, the pharmacy payment cycles and pharmacy payment schedules will continue as previously in place for PCS and API. For claims submitted to BIN 004336, your pharmacy payment cycles and payment schedule will remain the same as API had in place prior to the acquisition. Similarly, for claims submitted to BIN 610415, your pharmacy payment cycles and payment schedule will remain the same as PCS had in place prior to the acquisition. As a result, you will be receiving from AdvancePCS reimbursement for claims through separate checks according to two different schedules based on the BIN to which the claims were submitted.

We look forward to the opportunity to enhance our relationship with your pharmacy. It is our hope that you will continue to support our organization.

Thank you.

*[signature]*

Doug Stephens, R.Ph.
Senior Vice President
Network Administration

Pharmacy Notice/October 20, 2000