# EXHIBIT 7

**2016 Provider Manual**

| Signed_By | Date_Del | Status | Ship To Name | Ship To Address One | Ship To City | Ship To State | Ship To Postal Code |
|---|---|---|---|---|---|---|---|
| ASHBY | 11/2/2015 | Delivered | OSTERHAUS PHARMACY | 918 W PLATT ST NO 2 | MAQUOKETA | IA | 52060 |

**2017 Provider Manual Supplement**

| Date Delivered | Status | Received By | Delivery Location | Ship To Name | Ship To Address Line 1 | Ship To City | Ship To State/Province |
|---|---|---|---|---|---|---|---|
| 1/4/2017 | Delivered | REED | RECEIVER | OSTERHAUS PHARMACY | 918 W PLATT ST # 2 | MAQUOKETA | IA |

**2018 Provider Manual**

| | Date Delivered | Status | Received By | Delivery Location | Ship To Name | Ship To Address Line 1 | Ship To City | Ship To State/Province |
|---|---|---|---|---|---|---|---|---|
| 4823 | | | | | | | | |
| 4824 | 10/19/2017 | Delivered | LUETT | RECEIVER | OSTERHAUS PHARMACY | 918 W PLATT ST # 2 | MAQUOKETA | IA |

**2019 Provider Manual Supplement**

| Status | Company / Name | Address Line 1 | City | ST | Zip Code | Actual Delivery | Delivery Signature | Package Status |
|---|---|---|---|---|---|---|---|---|
| Delivered | OSTERHAUS PHARMACY | 918 W PLATT ST | MAQUOKETA | IA | 52060 | 11/5/2018 | MILLER | Delivered |

**2020 Provider Manual**

| Company / Name | Address Line 1 | City | ST | Zip Code | Ship Date | Estimated Delivery Date | Delivery Signature |
|---|---|---|---|---|---|---|---|
| OSTERHAUS PHARMACY | 918 W PLATT ST | MAQUOKETA | IA | 52060 | 3/4/2020 | 3/13/2020 | NOWACHEK |

| Status | Pharmacy Name | Street Address | ShipToCity | ShipToStateProv | DeliveredDate | ReceivedBy | DeliveredLocation |
|---|---|---|---|---|---|---|---|
| Delivered | OSTERHAUS PHARMACY | 918 W PLATT ST STE 2 | MAQUOKETA | IA | 20231002 | OSTERHAUS | Inside Delivery |