THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

OSTERHAUS PHARMACY, INC. on behalf of itself and all others similarly situated,

Plaintiff,

v.

CVS HEALTH CORPORATION, CVS PHARMACY, INC., CAREMARK Rx, L.L.C. (f/k/a/ CAREMARK Rx, INC.), CAREMARK, L.L.C., CAREMARKPCS, L.L.C., CAREMARK PCS HEALTH L.L.C., CAREMARK IPA, L.L.C., CAREMARK PART D SERVICES, LLC, AETNA INC., AETNA HEALTH HOLDINGS, LLC, AND AETNA HEALTH MANAGEMENT, LLC,

Defendants.

NO. 2:23-cv-01500-RSM

**PRAECIPE**

**[CLERK'S ACTION REQUIRED]**

TO: The Clerk of the Court

AND TO: All Attorneys of Record

     Attached hereto is a corrected version of the Declaration of Joshua P. Davis in Support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration (Dkt. No. 45).The corrected version includes Exhibit 9, which was inadvertently omitted from the Declaration due to a clerical error, correctly labels Exhibit 10, and includes revised descriptions of Exhibits 9 and 10.

     Plaintiff respectfully requests the clerk of the Court replace the Declaration of Joshua P. Davis in Support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration (Dkt. No. 45) with the corrected document attached hereto.

PRAECIPE - 1
Case No. 2:23-cv-01500-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 6th day of February, 2024.

        TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Beth E. Terrell*
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Amanda M. Steiner, WSBA #29147
    Email: asteiner@terrellmarshall.com
    Blythe H. Chandler, WSBA #43387
    Email: bchandler@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603

    Joshua Davis, *Admitted Pro Hac Vice*
    Email: jdavis@bm.net
    Julie Pollock, *Admitted Pro Hac Vice*
    Email: jpollock@bm.net
    BERGER MONTAGUE P.C.
    505 Montgomery St, Suite 625
    San Francisco, CA 94111
    Telephone: (415) 906-0684

    John Roberti, *Admitted Pro Hac Vice*
    Email: jroberti@cohengresser.com
    Melissa Maxman, *Admitted Pro Hac Vice*
    Email: mmaxman@cohengresser.com
    Derek Jackson, *Admitted Pro Hac Vice*
    Email: djackson@cohengresser.com
    Alisa Lu, *Admitted Pro Hac Vice*
    Email: alu@cohengresser.com
    COHEN & GRESSER LLP
    2001 Pennsylvania Ave, NW, Suite 300
    Washington, DC 20006
    Telephone: (202) 851-2070

    *Attorneys for Plaintiff*

PRAECIPE - 2
Case No. 2:23-cv-01500-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com