# EXHIBIT B

CONFIDENTIAL AND PROPRIETARY - DO NOT DISTRIBUTE - FOIA EXEMPT



Provider Manual

# Provider Manual



CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents, is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments. This communication is a Caremark Document within the meaning of the Provider Manual.

©2011 Caremark. All rights reserved.

2011-B

# General Information

This Caremark Provider Manual ("Provider Manual") supersedes all previous versions of OnLine Infos, PCS policies, and PCS, AdvancePCS, Caremark, PharmaCare (which includes ClaimsPro, United Provider Services, and Eckerd Health Services), and RxAmerica provider manuals.

Capitalized terms used in the Provider Manual not defined in the Glossary of Terms shall have the same meaning as in the Provider Agreement.

**Proprietary Statement**
The information contained in this Provider Manual is confidential and proprietary to Caremark and provided for business purposes only. Provider cannot copy, reproduce, distribute or otherwise share the information contained in this Provider Manual except as authorized by the Provider Agreement. The Caremark Provider Manual must be surrendered to Caremark upon termination as a Provider for whatever reason.

**Document Adherence**
The Provider Manual is a part of the Caremark Documents and incorporated into the Provider Agreement with Caremark. Provider must abide by the provisions and terms set forth in the Provider Agreement. Nonadherence to any of the provisions and terms of the Provider Agreement (which includes the Provider Manual and all other Caremark Documents) will be a breach of the Provider Agreement with Caremark.

**Help Desk**
Inquiries which the Provider Manual or the claim system response does not address can be directed to the interactive voice response (IVR) system or the Caremark Help Desk. The IVR is available 24 hours a day, 7 days a week, excluding downtime for maintenance and service. The Caremark Help Desk is open every day of the year and is staffed with representatives. Following are the phone numbers corresponding with the appropriate Bank Identification Numbers (BINs):

| BIN ✤ | Phone Number |
|---|---|
| 610415* | 1-800-345-5413 |
| 004336* | 1-800-364-6331 |
| 610029* | 1-800-421-2342 |
| 610468 | 1-800-490-7916 |
| 006144 | 1-800-490-7916 |
| 004245 | 1-800-490-7991 |
| 610449 | 1-800-490-7916 |
| 603604 | 1-800-490-0234 |
| 610474 | 1-800-490-0234 |
| 610473 | 1-877-279-0372** |
| 013303 | 1-877-279-0372** |
| 012189 | 1-877-279-0372** |
| 610502‡ | 1-800-238-6279 |

✤Plan sponsor-specific BINs and phone numbers may apply as specified in pharmacy notifications or the Caremark Payer Sheet

*Puerto Rico Providers call toll-free 1-800-842-7331.

**Unless specified otherwise in pharmacy notifications as Plan Sponsor-specific phone numbers may apply

‡This BIN also has the following service numbers available:

- 1-800-238-6279 Language Line – This service provides translation for more than 140 languages and is available to Providers/members 24 hours a day, 7 days a week
- 1-800-501-9863 Hearing Impaired Line – Access to a Telecommunications Device for the Deaf (TDD) is availabler for callers who are hearing impaired. This service is offered 24 hours a day, 7 days a week

Help Desk representatives will use reasonable efforts to assist Providers. A Licensed Pharmacist also will be available to answer questions. However, the pharmacist will not be able to provide any professional advice with respect to the provision of Pharmacy Services. Please refer to the **Medicare Part D** section of the Provider Manual for detail on Medicare Part D Calls to the Pharmacy Help Desk.

**Contact Information**
Providers must send inquiries, grievances and requested changes in writing about the information communicated in the Provider Manual or Caremark Documents, or other questions in general to:

**Caremark**
**Attn: Network Management, MC 080**
**9501 East Shea Boulevard**
**Scottsdale, Arizona 85260**

Any notice to Caremark must also be addressed and delivered to:

**Caremark**
**Attn: General Counsel**
**9501 East Shea Boulevard**
**Scottsdale, Arizona 85260**

Notwithstanding the foregoing, Caremark may give notice to Provider (1) via the claims adjudication system; (2) by facsimile via the facsimile number, or by e-mail via the e-mail address, provided by Provider in Provider's enrollment documentation or as otherwise indicated by Provider to Caremark and agreed to by Caremark; or (3) via a Caremark website for which Provider will be given access.

Notices are deemed received on the date of delivery to the other party when delivered in person, by air courier, by e-mail, by facsimile, or by certified mail. If notice is sent by first class mail, the notice is deemed received on the third business day after the date such notice was mailed.

The terms of this **Notices** section apply notwithstanding any other provision in the Provider Agreement.

### Amendments
From time to time, and notwithstanding any other provision in the Provider Agreement (which includes the Provider Manual), Caremark may amend the Provider Agreement, including the Provider Manual or other Caremark Documents, by giving notice to Provider of the terms of the amendment and specifying the date the amendment becomes effective. If Provider submits claims to Caremark after the effective date of any notice or amendment, the terms of the notice or amendment is accepted by Provider and is considered part of the Provider Agreement.

### Enforceability
In the event that any provision or term set forth in the Provider Agreement is determined invalid or unenforceable, such invalidity and unenforceability will not affect the validity or enforceability of any other provision or term set forth in the Provider Agreement.

### Arbitration
Any and all disputes in connection with or arising out of the Provider Agreement by the parties will be exclusively settled by arbitration before a single arbitrator in accordance with the Rules of the American Arbitration Association. The arbitrator must follow the rule of Law, and may only award remedies provided for in the Provider Agreement. The award of the arbitrator will be final and binding on the parties, and judgment upon such award may be entered in any court having jurisdiction thereof. Any such arbitration must be conducted in Scottsdale, Arizona, and Provider agrees to such jurisdiction, unless otherwise agreed to by the parties in writing. The expenses of arbitration, including reasonable attorney's fees, will be paid for by the party against whom the award of the arbitrator is rendered. Except as may be required by Law, neither a party nor an arbitrator may disclose the existence, content or results of any dispute or arbitration hereunder without the prior written consent of both parties. Arbitration shall be the exclusive and final remedy for any dispute between the parties in connection with or arising out of the Provider Agreement; provided, however, that nothing in this provision shall prevent either party from seeking injunctive relief for breach of this Provider Agreement in any state or federal court of law.

However, prior to a party initiating an arbitration, such party shall request in writing to the other party ("Dispute Notice") a meeting of authorized representatives of the parties for the purpose of resolving the dispute. The parties agree that, within ten (10) days after issuance of the Dispute Notice, each party shall designate a representative to participate in dispute resolution discussions which will be held at a mutually acceptable time and place (or by telephone) for the purpose of resolving the dispute. Each party agrees to negotiate in good faith to resolve the dispute in a mutually acceptable manner. If despite the good faith efforts of the parties, the authorized representatives of the parties are unable to resolve the dispute within thirty (30) days after the issuance of the Dispute Notice, or if the parties fail to meet within such thirty (30) days, either party may, by written notice to the other party, submit the dispute to binding arbitration.

The terms of this **Arbitration** section apply notwithstanding any other provision in the Provider Agreement.